ACCEPTED
03-14-00629-CV
4048578
THIRD COURT OF APPEALS
AUSTIN, TEXAS
2/6/2015 9:47:40 AM
JEFFREY D. KYLE
CLERK

## NO. 03-14-00629-CV

In The Court Of Appeals
For The Third Court Of Appeals District
Austin, Texas

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

2/6/2015 9:47:40 AM

JEFFREY D. KYLE
Clerk

# LOS FRESNOS
## CONSOLIDATED INDEPENDENT SCHOOL DISTRICT
and Michael L. WILLIAMS, Commissioner of Education,
State of Texas,
**Appellants**
**v.**
## Jorge VAZQUEZ,
**Appellee**

On Appeal from the 419th Judicial District Court of Travis County, Texas;
Cause No. D-1-GN-13-003654; before the Honorable Scott H. Jenkins

## APPELLEE'S UNOPPOSED FIRST MOTION TO
## EXTEND TIME TO FILE APPELLEE'S BRIEF

BRIM ARNETT & ROBINETT, P.C.
Mark Robinett
State Bar No. 17083600
2525 Wallingwood Drive, Bldg. 14
Austin, Texas 78746
Telephone: (512) 328-0048
Facsimile: (512) 328-4814
Email: mrobinett@brimarnett.com

*Counsel for Jorge Vazquez*

**Identity of Parties and Counsel**

**Appellee/Defendant:**                **Appellee's Appellate Counsel:**

Brim Arnett & Robinett, P.C.
Mark W. Robinett
State Bar No. 17083600
2525 Wallingwood Drive, Bldg. 14
Austin, Texas 78746
Telephone: (512) 328-0048
Facsimile: (512) 328-4814
Email:  mrobinett@brimarnett.com

**Appellant/Plaintiffs:**                **Appellant's Appellate Counsel:**

Jennifer Hopgood
Assistant Attorney General
Office of the Attorney General of Texas
Administrative Law Division
PO Box 12548, Capitol Station
Austin, Texas  78711-2548
Telephone: (512) 936-1660
Facsimile: (512) 320-0167
jennifer.hopgood@texasattorneygeneral.gov
Counsel for the Commissioner of Education

Stacy Tuer Castillo
Walsh, Anderson, Gallegos,
Green & Trevino, P.C.
100 NE Loop 410, Suite 900
San Antonio, Texas 78216
Telephone: (210)979-6633
Facsimile: (210)979-7024
Email: scastillo@wabsa.com
Counsel for Los Fresnos ISD

TO THE HONORABLE THIRD COURT OF APPEALS:

Pursuant to TEX. R. APP. P. 10.1 and 38.6(d), the Appellee, Jorge Vazquez ("Vazquez"), files this Unopposed First Motion to Extend Time to File Appellee's Brief.

Vazquez's opening brief is currently due on **February 16, 2015**.

Counsel for Vazquez requests a 30-day extension of time to file its brief, making the brief due on **March 18, 2015**. This is the Appellee's first request for extension of time to file his opening brief.

Counsel for Vazquez relies on the following reasons, in addition to the routine matters that counsel must attend to in daily practice, to explain the need for the requested extension:

- Counsel for Vazquez has been out of the office for extended periods, traveling to serve the needs of his clients around the state, and;

- Counsel for Vazquez has been preparing and trying a case for another individual during January and February, which has required the majority of his time and focus.

Counsel for Vazquez seeks this extension of time to be able to prepare an appropriate brief to aid this Court in its analysis of the issues presented. This request is not sought for delay but so that justice may be done.

Appellee's counsel has conferred with Jennifer Hopgood and Stacey Castillo, counsel for the Appellants, and they have indicated that their clients do not oppose this motion.

All facts recited in this motion are within the personal knowledge of the counsel signing this motion; therefore no verification is necessary under Texas Rule of Appellate Procedure 10.2.

## PRAYER FOR RELIEF

For the reasons set forth above, Appellee requests that this Court grant this Unopposed First Motion to Extend Time to File Appellee's Brief and extend the deadline for filing the Appellee's Brief up to and including **March 18, 2015**. Vazquez requests all other relief to which he may be entitled.

Respectfully submitted,

**BRIM ARNETT & ROBINETT, P.C.**

/s/ Mark W. Robinett
Mark W. Robinett
State Bar No. 17083600
2525 Wallingwood Drive, Bldg. 14
Austin, Texas 78746
Telephone: (512) 328-0048
Facsimile: (512) 328-4814
Email: mrobinett@brimarnett.com

*Attorney for Jorge Vazquez*

## CERTIFICATE OF CONFERENCE

Pursuant to TEX. R. APP. P. 10.1(5), I certify that appellant's counsel has conferred with opposing counsel who indicated that their clients do ***not*** oppose this motion.

/s/ Mark W. Robinett
Mark W. Robinett

**CERTIFICATE OF SERVICE**

Pursuant to TEX. R. APP. P. 9.5, I certify that on February 6, 2015, a copy of this motion was sent via the Court's electronic filing system and via email to the following:

Jennifer Hopgood
Assistant Attorney General
Office of the Attorney General of Texas
Administrative Law Division
PO Box 12548, Capitol Station
Austin, Texas  78711-2548
Telephone: (512) 936-1660
Facsimile: (512) 320-0167
Email:  jennifer.hopgood@texasattorneygeneral.gov
Counsel for the Commissioner of Education

Stacy Tuer Castillo
Walsh, Anderson, Gallegos, Green & Trevino, P.C.
100 NE Loop 410, Suite 900
San Antonio, Texas 78216
Telephone: (210)979-6633
Facsimile: (210)979-7024
Email: scastillo@wabsa.com
Counsel for Los Fresnos ISD

 /s/ Mark W. Robinett
Mark W. Robinett